1 SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
4 Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6    Telephone: (415) 436-6730
   FAX: (415) 436-6927
7
Attorneys for Defendant
8

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12 NARINDER KAUR,                                )
                                                )  No. C 07-5693 MEJ
13                    Plaintiff,                )
                                                )  **PARTIES' CONSENT TO MAGISTRATE**
14          v.                                  )  **JUDGE JURISDICTION**
                                                )
15 ROBIN L. BARRETT, Field Office Director,     )
   USCIS San Francisco District Office, *et al.*,)
16                                              )
                     Defendants.                )
17 _____)

18

19     In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff

20 and the Defendants in this case hereby voluntarily consent to have a United States Magistrate

21 Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

22 final judgment.

23 ///

24 ///

25 ///

26 ///

27

28
Parties' Consent to Magistrate Jurisdiction
C07-5693 MEJ                           1

| | | |
|---|---|---|
| 1 | Dated: December 27, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |

                                                      /s/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorney for Defendants

Dated: December 26, 2007                             /s/
ROBERT B. JOBE
Attorney for Plaintiff

Parties' Consent to Magistrate Jurisdiction
C07-5693 MEJ                                          2