1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6730
FAX: (415) 436-6927

7 |
Attorneys for Defendant
8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | NARINDER KAUR,                                )
                                                  ) No. C 07-5693 MEJ
13 |                Plaintiff,                    )
                                                  ) **STIPULATION TO DISMISS; AND**
14 |        v.                                    ) **[PROPOSED] ORDER**
                                                  )
15 | ROBIN L. BARRETT, Field Office Director,     )
     USCIS San Francisco District Office, *et al.*,)
16 |                                              )
                   Defendants.                    )
17 | _____)

18 |

19 |    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

20 | of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

21 | action without prejudice in light of the fact that the United States Citizenship and Immigration

22 | Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so

23 | within 30 days of the dismissal of this action.

24 |    Each of the parties shall bear their own costs and fees.

25 | ///

26 | ///

27 |

28 |
Stipulation to Dismiss
C07-5693 MEJ                                1

1 | Dated: December 27, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorney for Defendants

Dated: December 26, 2007

/s/
ROBERT B. JOBE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

MARIA-ELENA JAMES
United States Magistrate Judge

Stipulation to Dismiss
C07-5693 MEJ                              2