```
 1  SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    MELANIE L. PROCTOR, CSBN 228971
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-6730
       FAX: (415) 436-6927
 7
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NARINDER KAUR, <br><br>        Plaintiff, <br><br>    v. <br><br> ROBIN L. BARRETT, Field Office Director, USCIS San Francisco District Office, *et al.*, <br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

No. C 07-5693 MEJ

**STIPULATION TO DISMISS; AND [PROPOSED] ORDER**

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-5693 MEJ                                    1

| | |
|---|---|
| Dated: December 27, 2007 | Respectfully submitted, |
| | SCOTT N. SCHOOLS<br>United States Attorney |
| | /s/<br>MELANIE L. PROCTOR<br>Assistant United States Attorney<br>Attorney for Defendants |
| Dated: December 26, 2007 | /s/<br>ROBERT B. JOBE<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: January 10, 2008

MARIA-ELENA JAMES
United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Maria-Elena James]*

Stipulation to Dismiss
C07-5693 MEJ                                    2